United States Court of Appeals
Fifth Circuit

**F I L E D**

February 1, 2006

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-51142
_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

  v.

GERMAN GONZALEZ-ANGELES

        Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, San Antonio
5:05-CR-111-1
----------------------

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that Appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case to district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative motion to extend time to file Appellee's brief until 14 days after denial of motion to vacate and remand is DENIED as unnecessary.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.